|                                    | * | IN THE             |
| ---------------------------------- | - | ------------------ |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
|                                    | * | OF MARYLAND        |
| v.                                 | * | AG Docket No. 5    |
| BRIAN DAVID O'NEILL                | * | September Term, 2024 |
|                                    | * |                    |

O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission alleged that respondent had been found guilty of a serious crime and that he had engaged in professional misconduct as that term is defined in Rule 19-701(r). Respondent was disbarred by the Court of Appeals of the District of Columbia for violation of Rule 8.4 of the District of Columbia Rules of Professional Conduct and Maryland Rule 19-308.4. Upon the filing of the petition and pursuant to Rules 19-737 and 19-738, the Court issued an order requiring the respondent to show cause why corresponding discipline should not be imposed. Respondent did not respond to the order to show cause. Accordingly, it is this 24th day of September 2024, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(f), corresponding discipline is imposed and, effective immediately, Respondent, Brian David O'Neill, is disbarred from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Brian David O'Neill from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial

tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk